UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Autumn Lann,<br><br>             Plaintiff,<br><br>      vs.<br><br>Chase Bank USA, N.A.; and DOES 1-10, inclusive,<br><br>             Defendants. | Case No.: 2:13-cv-02375-JAM-AC<br><br>**ORDER** |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date:   March 14, 2014              /s/ John A. Mendez_____

                                    Hon. John A. Mendez